UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00306-FDW-SCR

| | |
|---|---|
| MOHAMMAD UMAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EUBANKS & COMPANY, LLC )<br>JENNIFER EUBANKS, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on the Plaintiff's Consent Withdrawal of Jury Demand. (Doc. No. 45). Upon review of the record, the Court finds Plaintiff's withdrawal of the jury demand in his Complaint complies with Federal Rules of Civil Procedure. See Fed. R. Civ. P. 38(d) ("A proper demand may be withdrawn only if the parties consent.").

**IT IS THEREFORE ORDERED** that this case will proceed without a jury and counsel should be prepared to proceed to trial during the mixed trial term of court of November 4–15, 2024. The Pretrial Conference will take place at 1:00 P.M. on November 6, 2024, in Courtroom #5B of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina. The Court respectfully directs the Clerk of Court to update the docket accordingly.

**IT IS SO ORDERED.**

Signed: November 6, 2024

_____
Frank D. Whitney
United States District Judge